

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00398-CV

**IN RE TEXAS FIRST RENTALS, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: October 23, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On June 12, 2024, relator filed a petition for a writ of mandamus. On June 27, 2024, real parties in interest filed a response. This court has determined relator is not entitled to the relief sought. Accordingly, the petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-19077, styled *Texas First Rentals, LLC v. Son and Son, LLC and Hoang Son D Nguyen, as guarantor*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.